927 A.2d 1289

EDWARD O'NEILL, PETITIONER–RESPONDENT, v. BOARD OF TRUSTEES, POLICE AND FIREMEN'S RETIREMENT SYSTEM, RESPONDENT–PETITIONER.

July 26, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Board of Trustees, Police

and Firemen's Retirement System in light of *Richardson v. Board of Trustees, Police and Firemen's Retirement System,* 192 *N.J.* 189, 927 *A.*2d 543 (2007).